**Opinion issued December 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00773-CV**

———————————

**IN RE ASHLEY NICHOLE LAGRANGE, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Ashley Nicole LaGrange, has filed a petition for writ of mandamus requesting that we compel the trial court to (1) issue a writ of habeas corpus compelling return of a child and (2) issue temporary orders awarding relator temporary joint managing conservatorship with the right to designate residence of the child. [1] We deny the petition.

---

[1]    The underlying case is *In the Interest of K.R.K., a Child*, cause number 2021-00412B, pending in the 310th District Court of Harris County, Texas, the the Honorable Charles Collins presiding.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Countiss.